# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DOREEN RUPERT )
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-418-D
PORTFOLIO RECOVERY )
ASSOCIATES, LLC )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Plaintiff**, **Doreen Rupert**.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ **David T. Mowdy**   **5/27/2022**
Signature   Date

**David T. Mowdy**
Print Name

**Riggs Abney**
Firm

**528 NW 12th Street**
Address

**Oklahoma City, OK 73103**
City   State   Zip Code

**(405) 843-9909**
Telephone

**dmowdy@riggsabney.com**
Internet E-mail Address

REVISED 05/14/18