IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOREEN RUPERT )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC )<br>)<br>)<br>Defendant(s) ) | Case No. CIV-22-418-D |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Doreen Rupert__
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

**Criminal Cases Only:**

☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

s/ Chad C. Taylor     5/27/2022
Signature                                 Date

Chad C. Taylor
Print Name

Riggs Abney
Firm

528 NW 12th Street
Address

Oklahoma City, OK 73103
City                State           Zip Code

(405) 843-9909
Telephone

ctaylor@riggsabney.com
Internet E-mail Address

REVISED 05/14/18