## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOREEN RUPERT,** ) | |
| ) | |
| **Plaintiff,** ) | Case No.: **CIV-22-418-D** |
| ) | |
| **v.** ) | |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Doreen Rupert, and dismisses the above entitled cause of action against the Defendants, with prejudice as to refiling of the same.

DATED this 11th day of July, 2022.

                                        Respectfully submitted,

                                        RIGGS, ABNEY, NEAL, TURPEN,
                                         ORBISON & LEWIS P.C.

                                        *s/ David T. Mowdy*
                                         Chad C. Taylor, OBA No. 18308
                                         David T. Mowdy, OBA No. 34733
                                         528 NW 12th St
                                         Oklahoma City, OK 73103
                                         Telephone:   (405) 843-9909
                                         Facsimile:   (405) 842-2913
                                         ctaylor@riggsabney.com
                                         dmowdy@riggsabney.com
                                         *Attorneys for Plaintiff*

## CERTIFICATE OF MAILING

## CERTIFICATE OF MAILING

I hereby certify that on July 11, 2022, I filed the attached document with the Clerk of the Court and served the attached document on the following, who are not registered participants of the ECF System.

Maria G. Carr
Office of General Counsel
130 Corporate Boulevard
Norfolk, Virginia 23502
*Attorney for Defendant*

*s/ David T. Mowdy*
David T. Mowdy